**Order entered December 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00739-CR
### No. 05-16-00793-CR

**MIGUEL GONZALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-59527 & F15-59528**

## ORDER

The Court has before it appellant's November 30, 2016 second motion to extend time to file his brief in which he asserts the reporter's record must be corrected before he is able to present his issues on appeal. Specifically, appellant states, and our review confirms, that pages 41-88 contained in volume 4 (voir dire) are duplications of pages 41-88 of volume 5 (jury trial). When contacted, court reporter Karren Jones informed appellant that she would need thirty days in which to correct the record.

We **GRANT** appellant's motion. We **ORDER** court reporter Karren Jones to file a corrected volume 4 of voir dire **no later than December 29, 2016**. Appellant's brief is due thirty days after the corrected volume 4 of the reporter's record is filed or January 30, 2017, whichever is earlier.

/s/    LANA MYERS
        JUSTICE